## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN M. WELZEL,** | |
| **Plaintiff,** | |
| **v.** | |
| **RICHARD BERNSTEIN** *et al.*, | **Civil Action No.  03-1887 (ESH/JMF)** |
| **Defendants.** | |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that <u>Plaintiff's Motion to Compel</u> [#34] is **GRANTED**.  Plaintiff shall have one hour to inspect defendant's headquarters, located at 1054 31st Street, NW, Suite 1000 in Washington, D.C. and shall do so by January 13, 2006.  It is further, hereby,

**ORDERED** that <u>Plaintiff's Motion for One Additional Day to File Response to Show Cause Order, Motion for Reconsideration, and Objections to Magistrate Judge's Order and Memorandum in Support</u> [#37] is **GRANTED** *nunc pro tunc*.  It is further, hereby,

**ORDERED** that <u>Plaintiff's Motion for One Additional Day to File Motion for Reconsideration and Memorandum in Support</u> [#38] is **DENIED**.  It is further, hereby,

**ORDERED** that <u>Plaintiff's Motion for Leave to File Corrected and Amended Version of Response to Show Cause Order of August 16, 2005</u> [#41] is **GRANTED** *nunc pro tunc*.  It is further, hereby,

**ORDERED** that plaintiff's <u>Motion to Substitute a Corrected and Annotated Version of</u>

Plaintiff's Response to the Court's Order to Show Cause and Memorandum in Support [#42] is

**GRANTED** *nunc pro tunc*.  It is further, hereby,

      **ORDERED** that Defendants' Opposition to Plaintiff's Response to Order of August 16,

2005, to Show Cause With Respect to Rule 34 Inspection of RB Associates Headquarters (As

Corrected) [#47] is **DENIED** insofar as it seeks costs associated with responding to Plaintiff's

motions on this issue.  Finally, it is, hereby,

      **ORDERED** that plaintiff's Motion for Leave to File Reply to Defendants' Response to

the Court's Order to Show Cause of August 16, 2005, and Memorandum in Support [#48] is

**GRANTED** *nunc pro tunc*.

      **SO ORDERED.**

Dated:

                                    _____
                                    JOHN M. FACCIOLA
                                    UNITED STATES MAGISTRATE JUDGE