## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KAREN M. WELZEL,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 03-1887 (ESH) |
| **RICHARD BERNSTEIN,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [#59] is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Partial Summary Judgment [#74] is **DENIED**; and it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

                                                                                                                s/
                                                            ELLEN SEGAL HUVELLE
                                                            United States District Judge

Date: July 6, 2006